## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHRIS HAMILTON, Individually and on
Behalf of Others Similarly Situated,

          Plaintiffs,

v.

MARKWEST ENERGY PARTNERS, LP,

          Defendant.

Civil Action No. 2:23-cv-00782-NR

### AGREED MOTION TO APPROVE COLLECTIVE ACTION SETTLEMENT

Plaintiff Chris Hamilton (Plaintiff or Hamilton) and Defendant MarkWest Energy Partners, LP (Defendant or MarkWest) (collectively, the Parties), respectfully ask the Court for an order approving the settlement the Parties reached in this action pursuant to 29 U.S.C. § 216(b).

1. The Parties reached an agreement to settle the claims of Hamilton and those Opt-in Plaintiffs who filed consents joining this conditionally certified collective action under the Fair Labor Standards Act (FLSA) who have not otherwise released their claims against MarkWest.

2. As set forth in their accompanying Brief in Support of Agreed Motion to Approve Collective Action Settlement, the Parties seek approval of their Settlement Agreement and Release (the Agreement). *See* Exhibit 1 to the Parties' Brief in Support.

3. The Parties' Agreement is a fair and reasonable compromise of a *bona fide* dispute that will adequately compensate Hamilton and the Opt-in Plaintiffs for the unpaid overtime alleged and will eliminate the need for the Parties to engage in further protracted and expensive litigation.

4. Moreover, the Parties' agreed-upon Enhancement Award to Hamilton and Class Counsel's requested Fee Award and repayment of out-of-pocket costs are fair and reasonable.

5. As such, the Parties seek an order from this Court approving their Agreement and dismissing the lawsuit with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Respectfully submitted,

By: */s/ Andrew W. Dunlap*
**Michael A. Josephson**
PA ID No. 308410
**Andrew W. Dunlap**
Texas Bar No. 24078444
**Richard M. Schreiber**
Texas Bar No. 24056278
(*admitted pro hac vice*)
**JOSEPHSON DUNLAP, LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
rschreiber@mybackwages.com

AND

**Richard J. (Rex) Burch**
Texas Bar No. 24001807
(pending *pro hac vice*)
**BRUCKNER BURCH, PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

AND

**Joshua P. Geist**
PA ID No. 85745
Goodrich & Geist, PC
3634 California Ave.
Pittsburgh, PA 15212
412-766-1455 – Telephone
412-766-0300 – Facsimile
josh@goodrichandgeist.com

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

On June 2, 2023 I served the foregoing document on all parties and/or their counsel of record via this Court CM/ECF filing system in accordance with the Federal Rules of Civil Procedure.

*/s/ Andrew W. Dunlap*
**Andrew W. Dunlap**

## CERTIFICATE OF CONFERENCE

Defendant is not opposed to the relief requested herein.

*/s/ Andrew W. Dunlap*
**Andrew W. Dunlap**